**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| YOSNELI ARIEL LEIVA MIRANDA | CIVIL ACTION NO. 26-2138 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| TODD BLANCHE, ET AL. | MAGISTRATE JUDGE McCLUSKY |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, with no objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the defendants' Motion to Dismiss, Record Document 8, is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner Yosneli Ariel Leiva Miranda's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE